IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | CRIMINAL NO. 6:15CR52 |
| | § | |
| DEVETRICK TRAMEL JOHNSON | § | |

## NOTICE OF PLEA AGREEMENT

The United States of America, by and through its United States Attorney, would show the Court that the defendant, **Devetrick Tramel Johnson**, and the government have entered into a written plea agreement in relation to the charges now pending before this Court.

Respectfully submitted,

JOHN M. BALES
UNITED STATES ATTORNEY

  */s/ Richard L. Moore*
RICHARD L. MOORE
Assistant United States Attorney
Texas Bar No. 14366700
110 N. College, Suite 700
Tyler, Texas 75702
(903) 590-1400
(903) 590-1439 (fax)
Richard.Moore2@usdoj.gov

**Notice of Plea Agreement - Page 1**

## CERTIFICATE OF SERVICE

On this 30th day of October, 2015, I, Richard L. Moore, Assistant United States Attorney for the Eastern District of Texas, the attorney of record for the United States of America herein, do certify that a true and correct copy of the foregoing instrument was filed with the Clerk of the District Court using the CM/ECF system and notification of such filing was sent to counsel for defendant.

                                        */s/ Richard L. Moore*
                                        RICHARD L. MOORE