IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| V. | § § | CRIMINAL NO. 6:15CR52 |
| DEVETRICK TRAMEL JOHNSON | § | |

## ELEMENTS OF OFFENSE

You are charged in Count One of the indictment with possession with intent to distribute approximately 900 grams of marijuana, a Schedule I controlled substance in violation of 21 U.S.C. 841(a)(1). The essential elements which must be proven to establish a violation of this offense are:

FIRST: That you knowingly possessed the controlled substance.

SECOND: That the substance was in fact marijuana.

THIRD: That you possessed the substance with the intent to distribute it.

FOURTH: That the quantity of the substance was as alleged in the indictment.

To "possess with intent to distribute" simply means to possess with intent to deliver or transfer possession of a controlled substance to another person, with or without any financial interest in the transaction.

Respectfully submitted,

JOHN M. BALES
UNITED STATES ATTORNEY

/s/ Richard L. Moore
RICHARD L. MOORE
Assistant United States Attorney
Texas Bar No. 14366700
110 North College, Suite 700
Tyler, Texas 75702
(903) 590-1400
(903) 590-1439 (fax)
Richard.Moore2@usdoj.gov

## CERTIFICATE OF SERVICE

On this the 17th day of November, 2015, I, Richard L. Moore, Assistant United States Attorney for the Eastern District of Texas, the attorney of record for the United States of America herein, do certify that a true and correct copy of the foregoing instrument was hand delivered to Roscoe Daryll Bennett.

/s/ Richard L. Moore
RICHARD L. MOORE